Frank E. MIDKIFF, Richard Lyman, Jr., Hung Wo Ching, Matsuo Takabuki and Myron B. Thompson, Trustees of the Kamehameha Schools/Bishop Estate, Plaintiffs-Appellants,

v.

Paul A. TOM, Tony Taniguchi, Wilbert K. Eguchi, Wayne T. Takahashi, Lawrence N.C. Ing, Nobuyoshi Tamura, Andrew I.T. Chang, and David C. Slipher, Commissioners of the Hawaii Housing Authority; Franklin Y.K. Sunn, Executive Director of the Hawaii Housing Authority; and Hawaii Housing Authority, Defendants-Appellees,

and

Wai-Kahala Tract "H" Association, Inc.; Halawa Hills Landsale Committee; Awakea Association; Alii Shores Community Association; Enchanted Hills, Unit I; Portlock Community Association (Maunalua Beach); Kokohead Community Lease-Fee, Inc.; West Marina Community Association; Kalama Valley Community Association; Maunalua Triangle-Koko Kai Community Association, Inc.; Hahahione Valley Community Association, Inc.; Kamiloiki Community Association; Lunalilo Marina Community Association; Mariners Ridge and Cove Fee/Lease Conversion Committee; Spinnaker Isle Association; Waialae Iki Community Association; Waiau Community Association; Kahala Community Association, Inc.; Kahala Community Fee Purchase Fund and Halawa Valley Estates Fee Conversion Corporation, Intervenors-Appellees.

No. 80–4368.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 21, 1981.

Decided Aug. 9, 1984.

Clinton R. Ashford, Honolulu, Hawaii, for plaintiffs-appellants.

A. Bernard Bays, William E. Atwater, Dennis E.W. O'Connor, John A. Roney, Stubenberg, Roney, Hartnett, Lawhn, Fong & Kuwaski, Michael A. Lilly, Atty. Gen., Honolulu, Hawaii, for defendants-appellees.

Before ALARCON, POOLE and FERGUSON, Circuit Judges.

### ORDER

By its decision of May 30, 1984, the Supreme Court of the United States, in *Hawaii Housing Authority, et al v. Midkiff, et al.,* —— U.S. ——, 104 S.Ct. 2321, 81 L.Ed.2d 186 (1984), reversed the decision of this court reported at 702 F.2d 788 and 725 F.2d 502. Accordingly, we vacate our decisions and remand to the district court for proceedings not inconsistent with the decision of the United States Supreme Court.

It is so ordered.